# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GAVIN TAYLOR

VERSUS

SGT. PRESTON LOGAN; AND
STATE OF LOUISIANA THROUGH
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS, LOUISIANA STATE
PRISON

NO.  2019 CW 0324

AUG 0 5 2019

---

In Re:    Sergeant Preston Logan and State of Louisiana  through
          the Department of Public Safety and Corrections,
          Louisiana State Penitentiary, applying for supervisory
          writs, 20th Judicial District Court, Parish of West
          Feliciana, No. 23097.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              JMM
                              MRT
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT